AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MICHAEL SOLOMON ROSADO**
**DOB:**
**PDID:**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about __April 8, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendants did, (Track Statutory Language of Offense)

**knowingly and willfully disobey a lawful order, rule, decree and command of a district court of the United States, by doing an act and thing therein, and thereby forbidden, the act and thing being of such a character as to constitute a criminal offense under a statute of the United States,**

in violation of Title __18__ United States Code, Section(s) __401 and 402__ .

I further state that I am __OFFICER ROBERT W. BURGHARDT__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**        ☒ Yes    ☐ No

Signature of Complainant
**OFFICER ROBERT W. BURGHARDT**
**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,
_____    at    __Washington, D.C.__
Date                                                                                                  City and State

_____                _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

## **STATEMENT OF FACTS**

On April, 8, 2008, at 1600 Pennsylvania Avenue, N.W., Washington , D.C., while walking on the sidewalk in front of the White House's north fence line, United States Secret Service (USSS) Officer Burghardt observed the defendant pacing back and forth along the sidewalk.  I approached and asked the defendant why he  was walking back and forth.  He said he was waiting for "John Connor," head of the USSS for a meeting about employment.  He further stated that he stopped witchcraft during the Clinton Administration and that he had been arrested before for making threats against the president's daughter, Jenna Bush.  I asked for the defendant's identification.  He provided a D.C. Department of Corrections ID card, numbered 309467.  His name was run through NCIC /WALES and a check for stay away orders was conducted.  USSS Officer C. Carberry contacted DC pre-trial services, and spoke with David Darnes who advised that the defendant had a current and active stay away order.  On March 31, 2008, the defendant was ordered by U.S. Magistrate Judge John M. Facciola to stay in a 3 block radius away from the White House.

---

OFFICER ROBERT W. BURGHARDT
UNITED STATES SECRET SERVICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF APRIL, 2008.

---

U.S. MAGISTRATE JUDGE